#400



# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORETTA F. RAPONE and GENE A. RAPONE, h/w | : CIVIL ACTION - LAW : : : NO. 17 2803 |
| v. | : : : JURY TRIAL DEMANDED |
| SAIDA KENT and AMERICAN RED CROSS | : : |

## NOTICE OF REMOVAL

### TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA:

Defendants, American National Red Cross (incorrectly named as American Red Cross) and Saida Kent, by and through their counsel, Marshall Dennehey Warner Coleman & Goggin, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, file this Notice of Removal of a certain action pending in the Philadelphia County Court of Common Pleas, (hereinafter "State Court"), and in support thereof state as follows:

1. American National Red Cross is a defendant in the action entitled *Rapone et al. v. Saida et al.*, docketed at May Term 2017, No. 2561, pending in the Philadelphia County Court of Common Pleas ("State Court"). True and correct copies of Plaintiff's Civil Action Complaint and State Court docket entries are attached hereto as Exhibit A.

2. American National Red Cross was served with the Civil Action Complaint on May 23, 2017 via Priority Mail. A true and correct copy of the Transmittal Letter constituting the Affidavit of Service is attached hereto as Exhibit B.

3. The foregoing papers attached hereto as Exhibit A are, upon information and belief, the only process, pleadings, and orders served upon moving Defendants pursuant to 28 U.S.C. § 1446(a).

4. American National Red Cross desires to remove this action to this Court, and submits this notice, along with the attached exhibits, in accordance with 28 U.S.C. §§ 1331, 1441, and 1446.

5. Federal subject matter jurisdiction exists over the American National Red Cross by virtue of 36 U.S.C. § 300105(a)(5), a provision of the American National Red Cross's federal charter which grants it the power to sue and be sued in any court of law in equity, state or federal, within the jurisdiction of the United States.

6. The United States Supreme Court has construed the "sue and be sued" provision of the American National Red Cross's charter as conferring "[o]riginal jurisdiction on federal courts over all cases to which the Red Cross is a party with the consequence that the organization is thereby authorized to remove from state to federal court any state law action it is defending." American National Red Cross v. S.G., 112 S. Ct. 2465 (1992).

7. Plaintiff's claims of damages arise from an alleged car accident at or near the intersection of 24th Street and Fairmont Avenue in Philadelphia, PA, 19130. *See* Exhibit A.

8. Venue is properly laid in this District because a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in this District. 28 U.S.C. §1391(a)(2).

9. In accordance with 28 U.S.C. § 1446(b), this Notice of Removal is filed within 30 days after service upon American National Red Cross.

10. Written notice of the filing of this Notice of Removal will be provided to Plaintiff, and a copy of this Notice of Removal and supporting papers will be filed with the Clerk of the State Court, as provided by 28 U.S.C. §1446(d).

**WHEREFORE**, American National Red Cross and Saida Kent, pray that the above described action pending against it in the State Court be removed to this Court.

                                                     **MARSHALL, DENNEHEY, WARNER,**
                                                     **COLEMAN & GOGGIN**

                                                     By: _____
                                                         Thomas P. Wagner, Esquire
                                                         Attorney for Defendants,
                                                         Saida Kent and American National Red Cross

DATE: 6/21/17

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORETTA F. RAPONE and GENE A. RAPONE, h/w | : CIVIL ACTION - LAW |
| | : NO. |
| v. | |
| SAIDA KENT and AMERICAN RED CROSS | : JURY TRIAL DEMANDED |

## AFFIDAVIT

**THOMAS P. WAGNER, ESQUIRE**, being duly sworn according to law deposes and states that the facts set forth in the foregoing Notice of Removal are true and correct to the best of his knowledge, information, and belief.

_____
THOMAS P. WAGNER, ESQUIRE

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 21st DAY
OF June, 2017

_____
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Audrey M. Gaffney, Notary Public
City of Philadelphia, Philadelphia County
My commission expires July 01, 2018

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Notice of Removal was sent by First Class mail, postage prepaid, to the following counsel of record:

Bruce Ginsburg
Ginsburg & Associates
2112 Walnut Street
Philadelphia, PA 19103

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

By: _____
Thomas P. Wagner, Esquire
Attorney for Defendants,
Saida Kent and American National Red Cross

DATE: 6/21/17

# Exhibit "A"

|  | JURY TRIAL DEMANDED<br>THIS IS NOT AN ARBITRATION MATTER.<br>AN ASSESSMENT OF DAMAGES HEARING<br>IS REQUIRED. |
|---|---|
| **GINSBURG & ASSOCIATES**<br>A PROFESSIONAL LAW CORPORATION<br>BY: BRUCE MARTIN GINSBURG<br>IDENTIFICATION NO: 22187<br>2112 WALNUT STREET<br>PHILADELPHIA, PA 19103<br>(215) 564-4400 | ATTORNEYS FOR PLAINTIFF |
| LORETTA F. and GENE A. RAPONE, h/w<br>753 N. 23rd Street<br>Philadelphia, PA 19130 | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY |
| Plaintiff, | |
| v. | |
| SAIDA KENT<br>2321 Chestnut Street<br>Philadelphia, PA 19103 | MAY TERM, 2017<br>NO.: |
| and | |
| AMERICAN RED CROSS<br>2321 Chestnut Street<br>Philadelphia, PA 19103 | |
| Defendants. | |

## NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages. You must take action within (20) days after this Complaint and notice are served by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

Case ID: 170502561

PHILADELPHIA COUNTY BAR ASSOCIATION
LAWYER REFERRAL AND INFORMATION SERVICE
1 READING CENTER
PHILADELPHIA, PENNSYLVANIA 19107
215-238-1701

## AVISO

Le han demando a usted en is corte. Si usted quiere defendarse de estas demandas expaestas en las paginas siguientes, usted tiene veinte (20) dias de plazao al partir de la fecha de esto demando y la notificacion. Hace falts asentar una comparencia escrita un persona a con un abogado y entregar a la cortin forma escrita sus defensas o sus objectiones a las demandas en contra de su persona. Sea avisado que si usted no se defienda, la corte tomara medidas y puede continuar la demanda. Usted puede perder dinero o sus propiedades o otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO IMMEDIAMENTE SI NO TIENE ABOGADO O
SI NO TIENE EL DINERO
SUFICIENTE DE PAGAR TAL SERVICO, VAYA EN CUYA DIRECION SE ENCUENTRA
ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA
LEGAL. ASOCIACION DE LICENCIADOS DE FILADELFIA

SERVICIO DE REFERENCIAL LEGAL
One Reading Center Filadelfia,
Pennsylvania 19107
(215) 238-1701

2

Case ID: 170502561

JURY TRIAL DEMANDED
THIS IS NOT AN ARBITRATION MATTER.
AN ASSESSMENT OF DAMAGES HEARING
IS REQUIRED.

GINSBURG & ASSOCIATES
A PROFESSIONAL LAW CORPORATION
BY: BRUCE MARTIN GINSBURG
IDENTIFICATION NO: 22187
2112 WALNUT STREET         ATTORNEYS FOR PLAINTIFF
PHILADELPHIA, PA 19103
(215) 564-4400

LORETTA F. and GENE A. RAPONE, h/w    COURT OF COMMON PLEAS
753 N. 23rd Street
Philadelphia, PA 19130          PHILADELPHIA COUNTY

     Plaintiff,

     v.

                    MAY TERM, 2017

SAIDA KENT
2321 Chestnut Street            NO.:
Philadelphia, PA 19103

     and

AMERICAN RED CROSS
2321 Chestnut Street
Philadelphia, PA 19103

     Defendants.

## COMPLAINT

1.   Plaintiff Loretta F. and Gene A. Rapone are adult individuals who are husband and wife and who, at all times pertinent hereto, resided at 753 N. 23rd Street, Philadelphia, PA 19130.

2.   Defendant Saida Kent is an adult individual with a regular place of business located at 2321 Chestnut Street, Philadelphia, PA 19103.

3.   Defendant American Red Cross is a corporation or other legal entity with a regular

Case ID: 170502561

place of business located at 2321 Chestnut Street, Philadelphia, PA 19103

4. At all times pertinent hereto, Defendant American Red Cross owned and/or leased a 2012 Ford Escape, PA license plate JBP3756.

5. At all times pertinent hereto, Defendant American Red Cross acted or failed to act through its agent, servant and/or employee Defendant Saida Kent who was at all times acting within the course and scope of his employment and/or agency.

6. At all times pertinent hereto, Defendant Saida Kent operated, drove, possessed and/or controlled the aforementioned Ford Escape with the full permission of Defendant American Red Cross and while acting in the course and scope of his agency and/or employment with Defendant American Red Cross.

7. On or about May 30, 2015, Plaintiff Loretta F. Rapone was a lawful pedestrian at or near the intersection of 24th Street and Fairmount Avenue in Philadelphia, PA.

8. On or about May 30, 2015, at or near the intersection of 24th Street and Fairmount Avenue in Philadelphia, PA, Defendant Saida Kent so carelessly and negligently operated the aforementioned 2012 Ford Escape so as to violently collide into Plaintiff Loretta F. Rapone causing Plaintiff to sustain the injuries and other losses hereinafter more fully set forth.

9. The aforesaid accident was due solely to the negligence and carelessness of the Defendant, acting as aforesaid, and was due in no manner whatsoever to any act or failure to act on the part of the Plaintiff Loretta F. Rapone.

### COUNT I - NEGLIGENCE
### LORETTA F. RAPONE v. SAIDA KENT AND AMERCIAN RED CROSS

10. Plaintiff Loretta F. Rapone hereby incorporates the preceding paragraphs of this

Complaint by reference as though fully set forth at length herein.

11. The negligence and carelessness of Defendants Saida Kent and American Red Cross, acting as aforesaid, consisted of the following:

   a. Operating a motor vehicle at a high and dangerous rate of speed under the circumstances;

   b. Failing to have said motor vehicle under proper control at that time;

   c. Failing to keep a proper distance from pedestrians lawfully upon the road;

   d. Failure to use the highest degree of skill in the operation of a motor vehicle;

   e. Failing to keep a proper lookout for others lawfully using said road;

   f. Continuing to operate said vehicle in a direction toward the Plaintiff Loretta F. Rapone when they saw or, in the exercise of reasonable diligence, should have seen that further operation in that direction would result in a collision;

   g. Failing to stop their motor vehicle upon the shortest possible notice;

   h. Running into the Plaintiff;

   i. Operating a motor vehicle in violation of the laws and ordinances of the Commonwealth of Pennsylvania, in particular, 75 Pa.C.S.A. § 3542; and

   j. As to Defendant American Red Cross only, negligent entrustment of a motor vehicle when it knew or should have known that Defendant Saida Kent was an unfit and/or unsafe driver.

12. As a result of this accident, Plaintiff Loretta F. Rapone has suffered injuries which are or may be serious and permanent in nature, including but not limited to the following: left toe and foot, right wrist, hand and elbow, low back, as well as other injuries as may be diagnosed by Plaintiff's health care providers, all of which injuries have in the past and may in the future, cause Plaintiff great pain and suffering.

13. As a further result of this accident, Plaintiff Loretta F. Rapone has suffered

medically determinable physical and/or mental impairment which prevents Plaintiff from performing all or substantially all of the material acts and duties which constituted Plaintiff's usual and customary activities prior to the accident.

14. As a direct and reasonable result of the accident aforementioned, Plaintiff Loretta F. Rapone, has or may hereafter incur other financial expenses which do or may exceed amounts which Plaintiff may otherwise be entitled to recover.

15. As a further result of the aforementioned accident, Plaintiff Loretta F. Rapone has suffered severe physical pain, mental anguish and humiliation, loss of the enjoyment of the pleasures of life and may continue to suffer same for an indefinite time in the future.

16. As a further result of the aforementioned accident, Plaintiff Loretta F. Rapone has been disfigured.

**WHEREFORE**, Plaintiff Loretta F. Rapone demands judgment against Defendants Saida Kent and American Red Cross in a sum in excess of Fifty Thousand ($50,000.00) Dollars, plus interest and costs.

## COUNT II – SPOUSAL LOSS OF CONSORTIUM
## GENE A. RAPONE v. SAIDA KENT AND AMERCIAN RED CROSS

17.. Plaintiff Gene A. Rapone hereby incorporates by reference all of the preceding paragraphs of this Complaint as though same were fully set forth at length herein.

18.. Solely as a result of the aforesaid negligence and carelessness of Defendants Saida Kent and American Red Cross, Plaintiff Gene A. Rapone, as spouse of Plaintiff Loretta F. Rapone has been deprived of the society, companionship, aid, assistance, earnings and

consortium of said spouse, all of which have, and may in the future continue to cause great emotional and financial loss and damage.

**WHEREFORE,** Plaintiff Gene A. Rapone demands judgment against Defendants Saida Kent and American Red Cross in a sum in excess of Fifty Thousand ($50,000.00) Dollars, plus interest and costs.

**GINSBURG & ASSOCIATES**

By: *Bruce Martin Ginsburg*

BRUCE MARTIN GINSBURG,
Attorney for Plaintiff

## VERIFICATION

Plaintiff verifies that the statements made in this pleading are true and correct to the best of plaintiff's knowledge, information and belief. To the extent that the pleading contains averments of law and language of counsel and results of investigation, plaintiff has relied on counsel. Plaintiff understands that false statements herein are made subject to penalties of 18 Pa. §4904, relating to unsworn falsification to authorities.

X _Loretta F. Rapone_




**Civil Docket Report**

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| **Case ID:** | 170502561 |
| **Case Caption:** | RAPONE ETAL VS SAIDA ETAL |
| **Filing Date:** | Wednesday, May 17th, 2017 |
| **Court:** | MAJOR JURY-EXPEDITED |
| **Location:** | City Hall |
| **Jury:** | JURY |
| **Case Type:** | MOTOR VEHICLE ACCIDENT |
| **Status:** | WAITING TO LIST CASE MGMT CONF |

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case motions

*No case motions were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | GINSBURG, BRUCE M |
| **Address:** 2112 WALNUT STREET PHILADELPHIA PA 19103 (215)564-4400 | | **Aliases:** none | | |
| 2 | 1 | | PLAINTIFF | RAPONE, LORETTA F |
| **Address:** 753 N. 23RD STREET | | **Aliases:** none | | |

|   |   |   |   |   |
|---|---|---|---|---|
|   | PHILADELPHIA PA 19130 |   |   |   |
|   |   |   |   |   |
| 3 | 1 |   | PLAINTIFF | RAPONE, GENE A |
| **Address:** | 753 N. 23RD STREET PHILADELPHIA PA 19130 | **Aliases:** | none |   |
|   |   |   |   |   |
| 4 |   |   | DEFENDANT | SAIDA, KENT |
| **Address:** | 2321 CHESTNUT STREET PHILADELPHIA PA 19103 | **Aliases:** | none |   |
|   |   |   |   |   |
| 5 |   |   | DEFENDANT | AMERICAN RED CROSS |
| **Address:** | 2321 CHESTNUT STREET PHILADELPHIA PA 19103 | **Aliases:** | none |   |
|   |   |   |   |   |
| 6 |   |   | TEAM LEADER | NEW, ARNOLD L |
| **Address:** | 606 CITY HALL PHILADELPHIA PA 19107 (215)686-7260 | **Aliases:** | none |   |

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount | Approval/ Entry Date |
|---|---|---|---|---|
| 17-MAY-2017 09:47 AM | ACTIVE CASE |   |   | 17-MAY-2017 12:11 PM |
| **Docket Entry:** | E-Filing Number: 1705042217 |   |   |   |

| 17-MAY-2017 09:47 AM | COMMENCEMENT CIVIL ACTION JURY | GINSBURG, BRUCE M | | 17-MAY-2017 12:11 PM |
|---|---|---|---|---|
| **Documents:** | Click link(s) to preview/purchase the documents<br>Final Cover | | Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | none. | | | |
| 17-MAY-2017 09:47 AM | COMPLAINT FILED NOTICE GIVEN | GINSBURG, BRUCE M | | 17-MAY-2017 12:11 PM |
| **Documents:** | Click link(s) to preview/purchase the documents<br>Complaint w. Verification.pdf | | Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. | | | |
| 17-MAY-2017 09:47 AM | SHERIFF'S SURCHARGE 2 DEFTS | GINSBURG, BRUCE M | | 17-MAY-2017 12:11 PM |
| **Docket Entry:** | none. | | | |
| 17-MAY-2017 09:47 AM | JURY TRIAL PERFECTED | GINSBURG, BRUCE M | | 17-MAY-2017 12:11 PM |
| **Docket Entry:** | 12 JURORS REQUESTED. | | | |
| 17-MAY-2017 09:47 AM | WAITING TO LIST CASE MGMT CONF | GINSBURG, BRUCE M | | 17-MAY-2017 12:11 PM |
| **Docket Entry:** | none. | | | |
| 02-JUN-2017 11:31 AM | AFFIDAVIT OF SERVICE FILED | | | 02-JUN-2017 12:01 PM |
| **Documents:** | Click link(s) to preview/purchase the documents<br>Affidavit of Service | | Click HERE to purchase all documents related to this one docket entry | |
| **Docket** | AFFIDAVIT OF SERVICE OF NOTICE, COMPLAINT UPON AMERICAN | | | |

| | **Entry:** | RED CROSS BY PERSONAL SERVICE ON 05/23/2017 FILED. | | | |
|---|---|---|---|---|---|
| 02-JUN-2017 11:35 AM | ATTEMPTED SERVICE - NOT FOUND | | | | 02-JUN-2017 12:02 PM |
| **Documents:** | ♣ Click link(s) to preview/purchase the documents  Affidavit of Service | | | Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | SAIDA KENT NOT FOUND ON 05/23/2017. | | | | |
| 06-JUN-2017 12:09 PM | PRAECIPE TO REINSTATE CMPLT | GINSBURG, BRUCE M | | | 06-JUN-2017 02:03 PM |
| **Documents:** | ♣ Click link(s) to preview/purchase the documents  Praecipe to Reinstate 6.6.17.pdf  FILED Complaint.pdf | | | Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 REINSTATED. (FILED ON BEHALF OF GENE A RAPONE AND LORETTA F RAPONE) | | | | |

▶ Case Description    ▶ Related Cases    ▶ Event Schedule    ▶ Case Parties    ▶ Docket Entries

Search Home

# Exhibit "B"

# Affidavit / Return of Service

| | | | |
|---|---|---|---|
| **Plaintiff:** | GENE A RAPONE<br>LORETTA F RAPONE | **Court Term & No.:** | 170502561 |
| | | | E-File# 1706004604 |
| **Defendant:** | AMERICAN RED CROSS | **Document Served:** | NOTICE, COMPLAINT |
| **Serve at:** | 2221 CHESTNUT STREET | **Company Reference/Control No.:** | CS133544.02AB |

Served and Made Known to AMERICAN RED CROSS on 05/23/2017 at 10:54 AM, in the manner described below:

Agent or person in charge of Party's office or usual place of business. NAME: FREIDA, RECEPTIONIST

| Description | Age: | Height: | Weight: | Race: | Sex: |
|---|---|---|---|---|---|
| | 63 | | 115 lbs. | Black | Female |
| **Other:** SITTING, SALT & PEPPER HAIR, GLASSES | | | | | |

**Company Profile:**
B&R SERVICES FOR PROFESSIONALS INC
235 S. 13TH ST.
PHILADELPHIA PA 19107
PHONE: (215)546-7400

**Name of Server:** JAMES G. ROBINSON

Being duly sworn according to law, deposes and says that he/she is process server herein names; and that the facts herein set forth above are true and correct to the best of their knowledge, information and belief.

**Deputy Sheriff:**

**FILED AND ATTESTED PRO-PROTHY 02 JUN 2017 11:31 AM**

\\zdrafsrv 12/8/11